377 A.2d 172

Commonwealth v. Griffin, Appellant.

Submitted September 13, 1976.

Anthony E. Jackson, for appellant; Marianne E. Cox, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.